No. 84–1259. Dow Chemical Co. *v.* United States, by and Through Administrator, Environmental Protection Agency. C. A. 6th Cir. [Certiorari granted, 472 U. S. 1007.] Motion of petitioner to maintain under seal portions of the record placed under seal by the United States District Court for the Eastern District of Michigan granted.

No. 84–1273. Regents of the University of Michigan *v.* Ewing. C. A. 6th Cir. [Certiorari granted, 470 U. S. 1083.] Further consideration of motion of respondent for leave to amend the Amended Complaint deferred to hearing of case on the merits.

No. 84–1480. Wainwright, Secretary, Florida Department of Corrections *v.* Greenfield. C. A. 11th Cir. [Certiorari granted, 471 U. S. 1098.] Motions of Illinois Psychological Association and American Civil Liberties Union for leave to file briefs as *amici curiae* granted.

No. 84–1503. Chicago Teachers Union, Local No. 1, AFT, AFL–CIO, et al. *v.* Hudson et al. C. A. 7th Cir. [Certiorari granted, 472 U. S. 1007.] Motion of Chicago Teachers Union, Local No. 1, and Board of Education of City of Chicago for leave to file a joint brief granted.

No. 84–1529. Heckler, Secretary of Health and Human Services *v.* American Hospital Assn. et al. C. A. 2d Cir. [Certiorari granted, 472 U. S. 1016.] Motion of American Coalition of Citizens with Disabilities et al. for leave to participate in oral argument as *amici curiae*, for divided argument, and for additional time for oral argument denied. Motion of respondents for divided argument granted.

No. 84–1531. Michigan *v.* Jackson; and
No. 84–1539. Michigan *v.* Bladel. Sup. Ct. Mich. [Certiorari granted, 471 U. S. 1124.] Motion of respondents for divided argument granted. Motion of petitioner for divided argument denied.